TILLIE JACOBSTEIN, Respondent, *v.* ISRAEL JACOBSTEIN, Appellant.

*Husband and wife — separation on grounds of cruel and inhuman treatment and abandonment.*

Jacobstein v. Jacobstein, 209 App. Div. 846, affirmed.
(Submitted June 3, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 12, 1924, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action, wife against husband, for a separation on the grounds of cruel and inhuman treatment and abandonment.

*P. Chamberlain* for appellant.

*John J. McInerney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: POUND, J.

---

THOMAS G. ABBOTT, Appellant, *v.* RICHMOND COUNTY COUNTRY CLUB, Respondent.

*Negligence — maintenance in club locker room of concrete floor with smooth finish covered with thin coating of oil, not negligence — when visitor may not recover for injuries from fall.*

Abbott v. Richmond County Country Club, 211 App. Div. 231, affirmed.
(Argued June 4, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered February 2, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while a guest of a member of defendant, received the injuries complained of through a fall while going out of the club locker room. The testimony showed that the floor was of concrete, with a smooth finish, stained and

covered with a thin coating of linseed oil and was somewhat slippery. There was some evidence that others had fallen at the same spot. The Appellate Division held that the condition described was not such as to charge defendant with negligence.

*Don R. Almy* for appellant.

*George F. Hickey* and *William Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: POUND, J

---

LOUIS LAVINO, Respondent, *v.* JOHN OCHSENHIRT, Appellant, Impleaded with Another.

*Negligence — motor vehicles — collision with motorcycle which swerved to left side of road to avoid striking another vehicle — recovery against driver for personal injuries sustained.*

*Lavino* v. *Ochsenhirt*, 211 App. Div. 848, affirmed.

(Argued June 4, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of the defendant. The complaint alleged that while riding a motorcycle northerly on Mott avenue at about One Hundred and Forty-fourth street in the city of New York, plaintiff received the injuries complained of as the result of a collision with a motorcycle which was being driven by defendant, appellant, a police officer, southerly on the east or wrong side of the road. It appeared that defendant approached behind a wagon and inclined to the left to avoid striking it when it turned to the east to enter One Hundred and Forty-fourth street.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Willard S. Allen* and *Charles C. Marrin* of counsel), for appellant.